No. 25-5590

# United States Court of Appeals for the Ninth Circuit

OPENAI, INC.,

*Plaintiff-Counter-Defendant-Appellee,*

– v. –

OPEN ARTIFICIAL INTELLIGENCE, INC.; GUY RAVINE,

*Defendants-Counter-Claimants-Appellants,*

– v. –

SAM ALTMAN; GREGORY BROCKMAN,

*Counter-Defendants-Appellees.*

---

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTIRCT OF CALIFORNIA NO. 4:23-CV-03918-YGR
HONORABLE YVONNE GONZALEZ ROGERS, DISTRICT JUDGE

## APPELLANTS' NOTICE OF FILING UNDER SEAL SECTIONS OF EXCERPTS OF RECORD, VOLUME 13

GREGORY S. GILCHRIST
RYAN BRICKER
VERSO LAW GROUP
*Attorneys for Defendants-Counter-*
  *Claimants-Appellants*
565 Commercial Street, 4th Floor
San Francisco, California 94111
(415) 534-0495

CP COUNSEL PRESS    (800) 4-APPEAL • (715388)

## I.  MOTION/RELIEF REQUESTED

Appellants Open Artificial Intelligence, Inc. and Guy Ravine ("Appellants") provide notice to the Court of their filing under seal unredacted copies of (1) Appellee OpenAI, Inc.'s ("Appellee") opening brief in support of the motion for summary judgment (13-ER-3227-3260); (2) the declaration and expert reports of Larry Chiagouris (13-ER-3054-3137, 13-ER-3214-3226); and (3) certain exhibits attached to the declarations of Bree Brewer (13-ER-2973-3053) and James Dyett (13-ER-3138-3175, and 13-ER-3175-3203) (together the "Materials").  The Materials were submitted under seal in the district court on the basis that they contain Appellee's confidential and sensitive business information. Appellants are now filing the Materials under seal in this Court.

## II.  BACKGROUND

This appeal arises from *OpenAI, Inc. v. Open Artificial Intelligence, Inc. and Guy Ravine*, Case No. 4:23-cv-03918-YGR, in the U.S. District Court for the Northern District of California.  The appeal involves the district court's order, granting summary judgment in favor of Appellee and entry of judgement against Appellant.  The Materials were filed in connection with the parties' briefing on Appellee's motion for summary judgment.  The district court ordered that the Materials be filed under seal. 2-ER-80-82; 3-ER-346-366.

1

## III.   DISCUSSION

This Court has held that compelling reasons may outweigh the public's interest in disclosure and justify sealing of court records.  *See Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006).  Under this standard, "a court may seal records only when it finds a compelling reason and articulate[s] the factual basis for its ruling, without relying on hypothesis or conjecture.  The court must then 'conscientiously balance[ ] the competing interests of the public and the party who seeks to keep certain judicial records secret.'  What constitutes a 'compelling reason' is 'best left to the sound discretion of the trial court.'"  *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096-97 (9th Cir. 2016) (quoting *Kamakana*, 447 F.3d at 1179).  The designating party bears the burden of establishing a compelling reason to seal the materials.

Here, Appellee has designated the Materials as containing confidential or highly sensitive information of Appellee.[1]  Accordingly, Appellee bears the burden in establishing a compelling reason to seal the Materials.

| Document | Portions To Be Filed Under Seal | Designating Party |
|---|---|---|
| Corrected Exhibit 16 to | Highlighted in blue/green[2] ¶¶ 23, 24, 31-36, 43. | Appellee |

---

[1] Prior to filing this Notice, Appellants asked Appellee whether it would stipulate to the sealing request.  Appellee declined but said that the documents it designated "should remain under seal."

[2] The Court should disregard the yellow highlighted text in the Materials for the purpose of this sealing request.  While the parties initially sought to seal the

| Document | Portions To Be Filed Under Seal | Designating Party |
|---|---|---|
| the Declaration of Breeanna N. Brewer in Support of Defendants' Opposition to Plaintiff's Motion for Summary Judgment<br><br>Vol. 13 ER 2973-3053 | | |
| Corrected Ex. 2 to the Declaration of Larry Chiagouris, Ph.D. in Support of Opposition for Summary Judgment<br><br>Vol. 13 ER 3054-3089 | Highlighted in blue/green ¶ 27. | Appellee |
| Corrected Ex. 1 to the Declaration of Larry Chiagouris, Ph.D. in | Highlighted in blue/green ¶¶ 38, 40-47, 49, 54-55. | Appellee |

materials highlighted in yellow in the prior proceedings, they modified their request to seek more limited redactions. 3-ER-346 at 350. The blue/green highlighted text reflects the more limited sealing request—and the materials that the district court ultimately sealed. 2-ER-80-82.

3

| Document | Portions To Be Filed Under Seal | Designating Party |
|---|---|---|
| Support of Opposition for Summary Judgment<br><br>Vol. 13 ER 3090-3137 | | |
| Exhibit 38 to the Declaration of Breeanna N. Brewer in Support of Opposition for Summary Judgment<br><br>Vol. 13 ER 3138-3174 | Entire document. | Appellee |
| Exhibit 37 to the Declaration of Breeanna N. Brewer in Support of Opposition for Summary Judgment<br><br>Vol. 13 ER 3175-3203 | Entire document. | Appellee |
| Corrected Declaration of Larry Chiagouris, Ph.D. in Support of Opposition for | Highlighted in blue/green ¶¶ 18-19, 25, 32. | Appellee |

4

| Document | Portions To Be Filed Under Seal | Designating Party |
|---|---|---|
| Summary Judgment<br><br>Vol. 13 ER 3214-3226 | | |
| Plaintiff OpenAI, Inc.'s Corrected Motion for Summary Judgment<br><br>Vol. 13 ER 3227-3260 | Highlighted in blue/green pp. 12, 18, 32-33. | Appellee |

## IV. CONCLUSION

Because the Materials were filed under seal by the district court, Appellants are filing the Materials under seal with this Court.

Date: December 22, 2025

VERSO LAW GROUP LLP


/s/ Gregory S. Gilchrist
Gregory S. Gilchrist
Ryan Bricker

Attorneys for Appellants
Open Artificial Intelligence, Inc.
and Guy Ravine

5

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 15. Certificate of Service for Electronic Filing

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form15instructions.pdf*

**9th Cir. Case Number(s)** | 25-5590

I hereby certify that I electronically filed the foregoing/attached document(s) on this date with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit using the Appellate Electronic Filing system.

**Service on Case Participants Who Are Registered for Electronic Filing:**

☒ I certify that I served the foregoing/attached document(s) via email to all registered case participants on this date because it is a sealed filing or is submitted as an original petition or other original proceeding and therefore cannot be served via the Appellate Electronic Filing system.

**Service on Case Participants Who Are NOT Registered for Electronic Filing:**

☐ I certify that I served the foregoing/attached document(s) on this date by hand delivery, mail, third party commercial carrier for delivery within 3 calendar days, or, having obtained prior consent, by email to the following unregistered case participants *(list each name and mailing/email address)*:

**Description of Document(s)** *(required for all documents)*:

Motion to Seal Excerpt of Record Volume 13
Excerpt of Record Volume 13

**Signature** | s/ Gregory Gilchrist | **Date** | 12/22/2025

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 15** | *Rev. 12/01/2018*